UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP E. BERENS | : | NO. 02-CV-3857 |
| Plaintiff | : | |
| v. | : | |
| HOME PROPERTIES, L.P.<br>t/a BROADLAWN APARTMENTS | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE<br>FOR A MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant, Home Properties of New York, L.P., moves this Court to dismiss Plaintiff's Complaint for failing to state a claim upon which relief may be granted or, in the alternative, to require Plaintiff to file a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). In support thereof, Defendant relies on the accompanying memorandum of law.

Respectfully submitted,

_____
Robert M. Goldich, Esquire
I.D. No. 25559
Douglas Diaz, Esquire
I.D. No. 84385
WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
1650 Arch Street
22nd Floor
Philadelphia, PA  19103
(215)  977-2000

Date:  June ____, 2002