## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP E. BERENS | : | NO. 02-CV-3857 |
| Plaintiff | : | |
| v. | : | |
| HOME PROPERTIES, L.P. t/a BROADLAWN APARTMENTS | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Defendant Home Properties' Motion to Dismiss or, in the Alternative, for a More Definite Statement, and any response thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

_____, J.